Form G-3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: Luis Perales | ) | Chapter 13 |
| Cynthia Perales | ) | |
| | ) | No. 22-01694 |
| | ) | |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

## NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on January 10, 2023, at 9:30 am, I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, **either** in courtroom 642 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of Debtors [to/for] Incur Debt, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 319 7225, and the passcode is 623389. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: David Freydin

Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, Illinois 60077
847.972.6157

## CERTIFICATE OF SERVICE

I, David Freydin, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on December 20, 2022, at 5:00 pm.

/s/ David Freydin
[Signature]

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 22-01694<br>Northern District of Illinois<br>Eastern Division<br>Wed Feb 16 23:41:22 CST 2022 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AcceptanceNOW<br>Attn: Bankruptcy<br>5501 Headquarters Drive<br>Plano, TX 75024-5837 |
| American First Finance<br>Attn: Bankruptcy<br>Po Box 565848<br>Dallas, TX 75356-5848 | Bank of Missouri<br>2700 S. Lorraine Place<br>Sioux Falls, SD 57106-3657 | Bk Of Mo/fa<br>Po Box 89028<br>Sioux Falls, SD 57109-9028 |
| Bk Of Mo/tv<br>Po Box 84930<br>Sioux Falls, SD 57118-4930 | (p)WAKEFIELD & ASSOCIATES<br>PO BOX 51272<br>KNOXVILLE TN 37950-1272 | Capital One/Walmart<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| City of Chicago, Dept of Finance<br>c/o Arnold Scott Harris PC<br>111 W Jackson Blvd, Suite 600<br>Chicago, IL 60604-3517 | Consumer Portfolio Services, Inc.<br>Attn: Bankruptcy<br>Po Box 57071<br>Irvine, CA 92619-7071 | Continental Finance Company<br>Attn: Bankruptcy<br>Po Box 3220<br>Buffalo, NY 14240-3220 |
| (p)CONTINENTAL FINANCE COMPANY LLC<br>PO BOX 8099<br>NEWARK DE 19714-8099 | Fingerhut<br>Attn: Bankruptcy<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 |
| Genesis Credit/Celtic Bank<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton, OR 97076-4401 | Hyundai Motor Finance<br>Attn: Bankruptcy<br>Po Box 20829<br>Fountain Valley, CA 92728-0829 | Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| Merrick Bank<br>Resurgent Capital Services<br>PO Boc 10368<br>Greenville, SC 29603-0368 | (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | Personify<br>Attn: Bankruptcy Department<br>Po Box 500650<br>San Diego, CA 92150-0650 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard LLC<br>Jefferson Capital Systems LLC<br>PO Box 7999<br>Saint Cloud, MN 56302-7999 | Prestige Financial Svc<br>Attn: Bankruptcy<br>351 W Opportunity Way<br>Draper, UT 84020-1399 |
| Quantum3 Group LLC<br>as agent for GPCC I LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Target<br>c/o Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 | Tbom/Atls/Aspire<br>Attn: Bankruptcy<br>Po Box 105555<br>Atlanta, GA 30348-5555 |

```
Total Visa/The Bank of Missouri        Verizon                              Cynthia Perales
Attn: Bankruptcy                       Ameircan InfoSource                  5245 S. Kolin
Po Box 85710                           4515 N Santa Fe Ave                  Chicago, IL 60632-4935
Sioux Falls, SD 57118-5710             Oklahoma City, OK 73118-7901


David Freydin                          Luis Perales                         Marilyn O Marshall
Law Offices of David Freydin Ltd       5245 S. Kolin                        224 South Michigan Ste 800
8707 Skokie Blvd                       Chicago, IL 60632-4935               Chicago, IL 60604-2503
Suite 312
Skokie, IL 60077-2269


Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
CEP America Illinois LLP               Continental Finance Company          Macys/fdsb
Wakefield and Associates               Attn: Bankruptcy                     Attn: Bankruptcy
PO Box 50250                           Po Box 8099                          9111 Duke Boulevard
Knoxville, TN 37950-0250               Newark, DE 19714                     Mason, OH 45040


Mission Lane LLC                       Portfolio Recovery Associates, LLC
Attn: Bankruptcy                       Attn: Bankruptcy
P.O. Box 105286                        120 Corporate Boulevard
Atlanta, GA 30348                      Norfolk, VA 23502
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Jefferson Capital Systems LLC       End of Label Matrix
PO Box 7999                            Mailable recipients    36
WI 53602-9617                          Bypassed recipients     1
                                       Total                  37
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 22-01694 |
| Luis Perales | ) | |
| Cynthia Perales | ) | Judge A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | Chapter 13 |

## DEBTORS' MOTION TO INCUR DEBT

Luis Perales and Cynthia Perales ("Debtors"), by and through their attorney, David Freydin, hereby moves this Honorable Court to enter an Order authorizing the Debtors to incur debt, and in support thereof state as follows:

1. That the Debtors filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on February 15, 2022.

2. That this Honorable Court confirmed the Debtors' Chapter 13 Plan on May 3, 2022.

3. That the confirmed plan will provide a 100% dividend to secured creditors and 100.00% dividend to general unsecured creditors.

4. That the Debtors current vehicle's engine has broken down and is damaged beyond feasible repair.

5. That the Debtors need a vehicle that is reliable to get to and from work.

6. That Debtors have obtained a vehicle purchase order. (See attached).

7. That the price of the 2019 Hyundai Tucson the Debtors seek is $23,233.72

8. The Debtors respectfully request that this Honorable Court grant them permission to purchase a 2019 Hyundai Tucson or similar vehicle.

9. That the estimated terms of purchase are attached to this motion as Exhibit A, but this

vehicle may not be available when Debtors return to the dealership.

10. That the Debtors would like permission to finance a replacement vehicle with the following terms

    a. Purchase price not to exceed $24,000.00

    b. Monthly payment: $510.00

    c. Interest rate not to exceed 16.20%

    d. Term of loan not to exceed 72 months.

11. That the Debtors are in a position to make Trustee payments as well as the new car payment, has filed this case in good faith, and intends to complete the plan of reorganization.

WHEREFORE, Debtors, respectfully request this Honorable Court to enter an Order allowing the Debtors to incur debt to finance the purchase of a vehicle, and for such other and further relief as this Court deems fair and just.


Respectfully Submitted,

/s/ David Freydin
Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, Illinois 60077
847.972.6157